**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| RICKY BERNARD MCCOY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-175(MTT) |
| BRUCE CHATMAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying the Plaintiff's motion for a preliminary injunction. Doc. 105. The Plaintiff has objected. Doc. 108. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Plaintiff's objections and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's motion (Doc. 95) is **DENIED**.

**SO ORDERED,** this 21st day of September, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT